UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

Date: April 14, 2008

Case No.   C 08-0132  MHP            Judge: MARILYN H. PATEL

Title: WAREHOUSE UNION LOCAL 6 et al -v- C & H SUGAR COMPANY INC

Attorneys:  Plf:  Usha Viswanathan
            Dft: G Daniel Newland

Deputy Clerk:  Anthony Bowser   Court Reporter: Katherine Powell

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Underlying claims discussed; Briefing schedules as follows:

    Motions to Compel arbitration to be filed by 5/19/2008;
    Oppositions to be filed by 6/2/2008;
    Replies to be filed by 6/9/2008;
    Motions to be heard 2:00 pm on 6/30/2008.