# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Warehouse Union Local 6, ILWU, | 08-00132 MHP MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| C & H Sugar Company Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Alan R. Berkowitz**
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111
415-393-2636

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

3

4  Dated: April 18, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-00132 MHP MED                     - 2 -