```
1   SEYFARTH SHAW LLP
    G. Daniel Newland (SBN 087965) dnewland@seyfarth.com
2   Andrew M. McNaught (SBN 209093) amcnaught@seyfarth.com
    560 Mission Street, Suite 3100
3   San Francisco, California 94105
    Telephone: (415) 397-2823
4   Facsimile: (415) 397-8549

5   Attorneys for Defendant
    C&H SUGAR COMPANY, INC.
6
    LAW OFFICES OF NEVIN & ABSALOM
7   Kenneth Absalom, Esq. (State Bar No. 114607) ken.absalom@333law.com
    22 Battery Street, Suite 333
8   San Francisco, CA 94111
    (415) 392-5040
9   Facsimile (415) 392-3729

10  Attorneys for Plaintiff
    WAREHOUSE UNION LOCAL 6, ILWU
11
```

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| WAREHOUSE UNION LOCAL 6, ILWU, | ) Case No. CV 08-0132 MHP |
|---|---|
| Plaintiff, | ) **STIPULATION OF DISMISSAL** |
| vs. | ) |
| C&H SUGAR COMPANY, INC., | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED that pursuant to Federal Rules of Civil Procedure 41(a)(1)(B), by and between Plaintiff WAREHOUSE UNION LOCAL 6, ILWU ("Plaintiff") and Defendant C&H SUGAR COMPANY, INC. ("Defendant"), through their respective counsel of record that Plaintiff's entire complaint and all claims alleged therein in the above-captioned action are dismissed because the parties have reached a settlement agreement.

Dated: _____          SEYFARTH SHAW LLP


                                        By: _____
                                        G. Daniel Newland
                                        Attorneys for Defendant
                                        C&H SUGAR COMPANY, INC.

1

Stipulation of Dismissal with Prejudice / Case No. C 08-0123 MHP

| | | |
|---|---|---|
| 1 | Dated: June 10, 2008 | LAW OFFICES OF NEVIN & ABSALOM |
| 2 | | |
| 3 | | By: _____//S//_____ |
| 4 | | Kenneth Absalom<br>Attorneys for Plaintiff<br>WAREHOUSE UNION LOCAL 6, ILWU |

**ORDER**

IT IS SO ORDERED.

DATED: _____     _____
United States District Court Judge

SF1 28323625.1 / 32900-000024